UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STATE OF WISCONSIN,

          Plaintiff,

v.

EMORY H. BOOKER III, and
LEGACY LEGAL GROUP LLC,

          Defendants.

Case No. 12-CV-990-JPS

ORDER

On September 27, 2012, the State of Wisconsin filed a complaint against Emory H. Booker III and Legacy Legal Group, LLC. (Docket #1). The docket for this case indicates that the defendants were served in this matter. (Dockets #3, #4). However, six months have passed since the case commenced in this court and, to date, the court has yet to receive an answer or any other response to the complaint from the defendants. Civil Local Rule 41(b) controls. It reads:

> In all cases in which a defendant has failed to file an answer or otherwise defend within 6 months from the filing of the complaint and the plaintiff has not moved for a default judgment, the Court may on its own motion, after 21 days' notice to the attorney of record for the plaintiff, or to the plaintiff if pro se, enter an order dismissing the action for lack of prosecution.

Civil L.R. 41(b). The court will dismiss this case pursuant to Civil Local Rule 41(b) unless a responsive pleading by the defendant or motion for default by the plaintiff is filed within twenty-one (21) days of the date of this order.

Accordingly,

IT IS ORDERED that the plaintiff shall have twenty-one (21) days from the date of this order to commence prosecution of this case; if the plaintiff fails to do so, the court will dismiss this action without prejudice.

Dated at Milwaukee, Wisconsin, this 28th day of March, 2013.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge