IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

STATE OF WISCONSIN,
    Plaintiff,

v.                                    Case No. 12-CV-990 jps

EMORY H. BOOKER III,
d/b/a THE LIGHT HERO and
LEGACY LEGAL GROUP, LLC,
    Defendant.

## AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

STATE OF WISCONSIN   )
                             ) ss.
COUNTY OF DANE      )

     F. MARK BROMLEY, being first duly sworn, upon oath deposes and says that:

     1.    I am an Assistant Attorney General with the Wisconsin Department of Justice and one of the plaintiff's attorneys. I am familiar with the file, records and pleading in this matter. All statements herein are based upon my personal knowledge, except as otherwise provided.

     2.    The summons and complaint were filed on September 27, 2012.

     3.    On December 11, 2012, defendant Emory H. Booker III ("Mr. Booker") was served by leaving a copy of the summons and complaint at Mr. Booker's residence with an individual who resided with Mr. Booker, as reflected on the docket sheet by the proof of service filed on February 7, 2013.

     4.    On January 19, 2013, defendant Legacy Legal Group, LLC was served by certified mail at the address on file with the Wisconsin Department of Financial Institutions, as reflected on the docket sheet by the proof of service filed on February 7, 2013.

5. An answer to the complaint served on defendant Emory H. Booker III was due on January 2, 2013; and an answer to the complaint served on defendant Legacy Legal Group, LLC was due on February 11, 2013.

6. Defendants have failed to appear, plead, or otherwise defend with the time allowed, and therefore, are now in default.

7. Plaintiff requests that the clerk of court enter default against the defendants.

*F. MARK BROMLEY*

Subscribed and sworn to before me this 8th day of April, 2013.

Notary Public, State of Wisconsin
My Commission: 12-21-14